ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED

MAR 3 0 2015

U.S. COURT OF
FEDERAL CLAIMS

ABIODUN MOHN,
(acting on behalf of
 deceased grandparent
 James Reese)

NO.

v.

15 - 321 L

THE UNITED STATES

---

### COMPLAINT

COMES NOW Plaintiff Abiodun A. Mohn, acting on behalf of his deceased grandparent Plaintiff

James Reese (abt 1878-1963), and complains of the Defendant THE UNITED STATES as follows:

### THE PARTIES

1. Plaintiff Abiodun Mohn is the only surviving direct lineal descendant of Plaintiff James Reese.

2. Plaintiff Abiodun Mohn is a natural person and a citizen of the United States and the State of Florida.

3. Plaintiff James Reese (1878-1963) is the GG Grandfather of Plaintiff Abiodun Mohn. A copy of the

Cherokee Freedmen enrollment card F707, death certificate and the Dawes testimony of James Reese (roll

#1757) are attached as "Exhibit 1" hereto.

4. Betsy Reese (1878-1963) is the GGG Grandmother of Plaintiff Abiodun Mohn. Betsy Reese is the mother

of Plaintiff James Reese. Sallie Sixkiller Walker is the mother of Betsy Reese, as indicated on the back of

enrollment card F705. Elowa, whose english name is Elijah Hicks, is the father of Jesse Reese, as indicated

on the back of enrollment card F705. A copy of the Cherokee Freedmen enrollment card F705, death

certificate and the Dawes testimony of Betsy Reese (roll #1749) are attached as "Exhibit 2" hereto.

## JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1491.

6.  Venue lies in this Court pursuant to 28 U.S.C. § 1491.


## STATEMENT OF FACTS

7.  The United States Department of the Interior (referred to as "DOI") is the United States federal executive department of the U.S. government responsible for the management and conservation of most federal land and natural resources, and the administration of programs relating to American Indians, Alaska Natives, Native Hawaiians, territorial affairs, and insular areas of the United States.

8.  On February 8, 1887, Congress passed the Dawes Act, named for its author, Senator Henry Dawes of Massachusetts. Also known as the General Allotment Act, the law allowed for the president to break up reservation land, which was held in common by the members of a tribe, into small allotments to be parceled out to individuals. Thus, Native Americans registering on a tribal "roll" were granted allotments of reservation land.

9.  Amendments to the General Allotment Act also made it easier for Indian land to pass into non-Indian hands. In 1906, the Burke Act was passed, which authorized the secretary of the interior to decide whether an Indian person was "competent" to manage his or her lands. With the Act of May 29, 1908 35 Stat. 312, the secretary of the interior was also given power to sell the allotments of deceased Indian landowners if he deemed the heirs incompetent. In the end, 27 million acres of Indian land were lost as a result of these acts.

## COUNT ONE

## FAILURE OF ALLOTMENT NOTIFICATION TO JAMES REESE

10.  On December 13, 1907, the DOI approved the allotment of 61.20 acres of Section 2 of Township 23 North, Range 12 East (referred to as "S2 T23N R12E) to Plaintiff James Reese, but failed to notify James Reese of his allotment approval by registered mail, as required by law. Therefore, James Reese was unaware he was allotted 61.20 acres of S2 T23N R12E by the defendant United States. Consequently, James Reese's allotment of 61.20 acres of S2 T23N R12E was lost to the State of Oklahoma and it's citizens, due to the rules of adverse possession and tax liens, after Oklahoma became a state in 1907. The 1887 Allotment Act, Burke Act, and Act of 1908 required all allotment approvals to be mailed to the allottee by registered mail. On March 5, 1909, the DOI mailed James Reese an allotment approval packet containing the following information:

- Registered mail envelope #64708, dated March 5, 1909, stamped with the word "Deed" and number "21511" on the front of the envelope (Exhibit 3-A).
- Allotment Certificate #15799 for an approved amount of only 8.93 acres of Lot 3 of S2 T23N R12E, dated July 21, 1904 (Exhibit 3-B).
- Registry Return Receipt Signature Verification Card, signed by James Reese (Exhibit 3-C).
- Cherokee Land Office affidavits and receipts for only 8.93 acres of Lot 3 of S2 T23N R12E (Exhibit 3-D).

11.  Deed #21511 is currently on file at the Washington County clerk's office, located at: 400 S. Johnstone, Bartlesville, OK. 74033. A copy of the allotment packet for Certificate #15799 is attached at "Exhibit 3" hereto. A copy of the Allotment Deed #21511 is attached at "Exhibit 4" hereto.

12.  According to all U.S. Government correspondence manuals, all employees are required to use Registered Mail only when required by law for material that requires security and protection. Employees are

also required to obtain return receipts only when the sending agency requires proof of the receipt by the addressee for its records.

13.  The Oklahoma Corporation Commission was established in 1907 by Article 9 of the Oklahoma Constitution, and the First Legislature gave the Commission authority to regulate public service corporations, those businesses whose services are considered essential to the public welfare. The Commission began regulating oil and gas in 1914 when it restricted oil drilling and production in the Cushing and Healdton fields to prevent waste when production exceeded pipeline transport capacity. In 1915, the Legislature passed the Oil and Gas Conservation act. This expanded oil and gas regulation to include the protection of the rights of all parties entitled to share in the benefits of oil and gas production. According to Oklahoma Corporation Commission and Washington County tax records:

- The Jean Little JL2B-1 oil and gas well is located in the NW NW SW NE subdivision of S2 T23N R12E and has been in operation since 1907. A copy of the Jean Little JL2B-1 Well Information Sheet is attached as "Exhibit 5" hereto.

- The Jean Little 4L2-D1 oil and gas well is located in the NW NW SW SE subdivision of S2 T23N R12E and has been in operation since 1907. A copy of the Jean Little 4L2-D1 Well Information Sheet is attached as "Exhibit 6" hereto.

- Currently, both the Jean Little JL2B-1 and 4L2-D1 oil and gas wells produce an average rate of 32 million cubic feet (32 McF) of gas per well, per day, throughout the calendar year, which is a combined average revenue of $100,000 dollars for one year of gas production. A copy of a January 31, 2014

- On January 31, 2014 an oil and gas lease was finalized with American Local Energy LLC for oil and gas wells located in several subdivisions of S2 T23N R12E. A copy of the 2015 Oil and Gas lease with American Local Energy LLC is attached as "Exhibit 7" hereto.

- The Northeast Oklahoma Shelf commercial coal belt is also located under the lands of parcel no. S2 T23N R12E. A map of the Northeast Oklahoma Shelf commercial coal belt is attached as "Exhibit 8" hereto.
- Scissortail Energy/Bank of America are the Grantees of the East Half of the Northwest and Southwest subdivisions and Lots 3-6 of S2 T23N R12E and are attached as "Exhibit 9" hereto.

## COUNT TWO

## ERRONEOUS DENIAL OF APPLICATION #22264

14.  COMES NOW Plaintiff, Abiodun A. Mohn, on behalf of his deceased grandparent, Plaintiff James

Reese, against the Defendant, the United States, for the erroneous denial of a share of the fund

appropriated by the Act of Congress approved June 30, 1906, in accordance with the decrees of the Court

of Claims of May 18, 1905 and May 28, 1906, in favor of the Eastern Cherokees. James Reese was the

grandson of Sallie Sixkiller Walker, and Elijah Elowa Hicks, both emigrant Eastern Cherokees. Based on

information entered by the Dawes Commission on Cherokee enrollment card F705 for Jesse and Betsy

Reese, the mother of Betsy Reese is Sallie Sixkiller Walker, and the father of Jesse Reese is Elowa.

According to Eastern Cherokee Application #44038, Elijah Hicks is the English name for Elowa. Based upon

DOI Eastern Cherokee Indian rolls (1835-1880), both Elijah Hicks and Sallie Sixkiller Walker were Eastern

Cherokees. James Reese was denied his rightful share of the fund appropriated in favor of the Eastern

Cherokees. A copy of Eastern Cherokee Application #22264 is attached as "Exhibit 10" hereto. A copy of the

Eastern Cherokee Court of Claims Application #44038 confirming Elowa is the Indian name of Elijah Hicks,

is attached as "Exhibit 11" hereto. A biography of Elijah Hicks is attached as "Exhibit 12" hereto.  A

biography of Sallie Sixkiller Walker is attached as "Exhibit 13" hereto. A copy of the 1896 Cherokee blood

degree roll for Sallie Sixkiller Walker is attached as "Exhibit 14" hereto.

# PRAYER FOR RELIEF

1.  Plaintiffs theory of damages is based upon the the following language which appeared in the Court of Claims opinion in <u>Creek Nation</u> v. <u>United States</u>, Docket 169, 39 Ind. Cl. Comm. 383 (1977):

**" The United States is liable under the fair and honorable dealings clause (clause 5) of their act for the monetary damage caused a plaintiff as a result of the Government's unfair and dishonorable act of depriving the plaintiff of property without fair compensation...It is our opinion that damages based upon fair market value of the lost property as of the date of taking are the proper measure."**

2.  Damages so determined best reflect that which we must measure; namely, what plaintiff lost , not what defendant (or third parties) gained. See Boston Chamber of Commerce v. City of Boston, 217 U. S. 189, 195 (1910); Confederated Salish and Kootenai Tribes v. United States, 189 C t . C1. 319, 322 (1969).

3. In this particular case, there is an established and reasonable legal principle that in valuing lands possessing several exploitable resources, the single highest and best potential use of the land is to be determined, and the land valued in the light of that use rather than by cumulating the value of all the various uses to which the land might have been put (Tlingit and Haida Indians v. United States, 182 C t . C l . 130, 137 (1968)), with the equally well-established principle that the fair market value of lands includes the enhancement value t o the land caused by subsurface minerals (United States v. Shoshone Tribe, 304 U. S. 111 (1938)).

WHEREFORE, The Plaintiff's position is that the proper measure of compensatory damages consist of the following, and Plaintiffs requests that judgment be entered in their favor and against defendants as follows:

1.  The value of the allotment of 61.20 acres of S2 T23N R12E as of the date of taking from Plaintiff James Reese.



# Exhibit 1

EXHIBIT
1-A

## EXHIBIT 1-A
## Cherokee Nation. Freedmen Roll.

CARD NO. _____
FIELD NO. ___707___

RESIDENCE: _____ DISTRICT.
POST OFFICE: _Coweescoowee_ _Vinita, I.T._

| Dawes Roll No. | NAME. | Relationship to Person first Named. | AGE. | SEX. | TRIBAL ENROLLMENT. Year | District | No. | SLAVE OF— | REMARKS. |
|---|---|---|---|---|---|---|---|---|---|
| 1757 1 | Reece, James | | 23 | M | 1880 | Coo | | | |
| 1758 2 | " Andrew | Son | 5 | M | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | CITIZENSHIP CERTIFICATE ISSUED FOR No. 1 MAR 3 1902 | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | CITIZENSHIP CERTIFICATE ISSUED FOR No. 2 MAR 3 1905 | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

ADDITIONAL INFORMATION ON REVERSE SIDE.

Date of Application
for Enrollment
MAY - 6 1901

Printed numbers in first column refer to individual names on reverse side.

# EXHIBIT 1-B

| | NAME OF FATHER | Year | FATHER'S TRIBAL ENROLLMENT | | | FATHER'S OWNER | NAME OF MOTHER | Year | MOTHER'S TRIBAL ENROLLMENT | | | MOTHER'S OWNER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | District. | No. | | | | | District. | No. | | |
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |

# EXHIBIT 1-C

DEPARTMENT OF THE INTERIOR,
COMMISSION TO THE FIVE CIVILIZED TRIBES,
VINITA, I.T., MAY 6th, 1901.

In the matter of the application of Betsy Reese for the enrollment of herself and husband as Cherokee Freedmen; said Reese being sworn and examined by Commissioner T. R. Needles, testified as follows:

Q  What is your name?  A  Betsy Buffington.
Q  How old are you?  A  I don't know, I come from the old Nation.
Q  Don't know how old are you?  A  No, sir.
Q  What is your post office?  (Vinita.)
Q  In what district do you live?  (Cooweescoowee.)

(Further examination conducted through Interpreter Simon R. Walkingstick:)

Q  Who do you want to enroll?  A  Just herself.
Q  What is her post office, Vinita?  A  Yes, sir, Vinita.
Q  Does she apply to be enrolled as a Cherokee Freedman?
A  Yes, sir.
Q  How long has she lived in the Cherokee Nation?  A  I came with the Cherokees from the old country.
Q  Been living here every since?  A  Yes, sir.
INTERPRETER:  She has a husband living too.
Q  What is his name?  A  Jesse Reese.
Q  What was her name 20 years ago?  A  It was Buffington.
Q  How old is her husband?  A  I don't know.

> The 1880 Authenticated Roll of citizens of the Cherokee Nation examined and the names of applicants found thereon as follows:
> Page 165, #2437, Jesse Reese, Cooweescoowee District, native Cherokee, 40 years of age.
> Page 165, #2438, Betsy Reese, Cooweescoowee District, native Cherokee, 40 years of age.

Q  Did you draw Cherokee strip moen'?  A  Yes, sir, we drew at Chelsea and Hayden.
The 1896 census roll of citizens of the Cherokee Nation examined and the names of applicant's not found thereon.

The Kerns-Clifton roll of citizens of the Cherokee Nation examined and the names of applicant's found thereon as follows:
Page 119, #2968, Jess Reese, Cooweescoowee District.
Page 119, #2969, Betsy Reese, Cooweescoowee District.

Q  Jesse is alive and living?  A  Yes, sir.
Q  Both always lived in the Cherokee Nation?  A  Yes, sir.

COM'R NEEDLES:--Betsy Reese applies for the enrollment of herself and her husband, Jesse:  They are duly identified according to the page and number of the rolls and make satisfactory proof as to residence and will be listed for enrollment as Cherokee Freedmen.
---ooo000ooo---
J. O. Rosson, being first duly sworn, states that as stenographer to the Commission to the Five Civilized Tribes, he correctly recorded the testimony and proceedings in this case, and that the foregoing is a true and complete transcript of his stenographic notes thereof.

Subscribed and sworn to before me this May 6th, 1901.

Commissioner.

EXHIBIT 1-D

KANSAS STATE BOARD OF HEALTH
Division of Vital Statistics

CERTIFICATE OF DEATH

Birth No.

Registrar's No. _____ 37-31-944   63   010094

1. PLACE OF DEATH
   a. County: SHAWNEE
   b. City, Town, or Location: TOPEKA
   c. Name of Hospital or Institution: 652 CARNAHAN STREET  (If not in hospital, give street address)
   d. Is Place of Death Inside City Limits?  Yes ☑  No ☐

2. Usual Residence (Where deceased lived. If institution, residence before admission)
   a. State: KANSAS   b. County: SHAWNEE
   c. City, Town, or Location: TOPEKA
   d. Street Address: 652 CARNAHAN STREET
   e. Is Residence Inside City Limits?  Yes ☑  No ☐
   f. Is Residence on a Farm?  Yes ☐  No ☑

3. NAME OF DECEASED (Type or Print)
   First: JAMES   Middle: J.   Last: REESE

5. SEX: MALE   6. Color or Race: NEGRO   7. Married ☐  Never Married ☐  Widowed ☑  Divorced ☐
8. Date of Birth: 3/20/82
9. Age (in years, last birthday): 81   If Under 1 Year: Months ___ Days ___   If Under 24 Hrs.: Hours ___ Min. ___
4. DATE OF DEATH: Month JUNE  Day 9  Year 1963

10a. Usual Occupation (Give kind of work done during most of working life, even if retired): RETIRED LABORER
10b. Kind of Business or Industry: MISCELLANEOUS
11. Birthplace (State or foreign country): KETCHUM, OKLAHOMA
12. Citizen of What Country? USA

13. FATHER'S NAME: UNKNOWN
14. MOTHER'S MAIDEN NAME: UNKNOWN

15. Was Deceased Ever in U.S. Armed Forces? (Yes, No, or unknown)(If yes, give war or dates of service) NO
16. Social Security No.: 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
17. Informant: Mrs. Leone Young, 652 Carnahan St., Topeka, Ka

MEDICAL CERTIFICATION

18. CAUSE OF DEATH [Enter only one cause per line for (a), (b), and (c).]
Part I. Death was caused by:
   Immediate cause (a) _____
      Due to (b) _____
      Due to (c) _____
                                                    Interval Between Onset and Death
Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in part I (a).

Conditions, if any, which gave rise to the above cause (a), stating the underlying cause last

19. Was Autopsy Performed?  Yes ☐  No ☑

20a. ACCIDENT ☐   SUICIDE ☐   HOMICIDE ☐
20b. Describe how injury occurred. (Enter nature of injury in Part I or Part II of Item 18)
20c. TIME OF INJURY   Month ___ Day ___ Year ___ Hour a.m. p.m.
20d. Injury occurred  While at Work ☐  Not While at Work ☐
20e. Place of Injury (e.g. in or about home, farm, factory, street, office bldg., etc.)
20f. City, Town, or Location   County   State

21. I hereby certify that I attended the deceased from _____, 19 ___ to _____, 19 ___, that I last saw the deceased alive on _____, 19 ___, and that death occurred at ___ (Degree or title) ___ .m., from the causes and on the date stated above.
21a. Signature
22a. ___   22b. Address   22c. Date signed

23a. Burial, Cremation, Removal (Specify): BURIAL   23b. Date: 6/13/63   23c. Name of Cemetery or Crematory: MT. HOPE CEMETERY
23d. Location (City, Town, or County): TOPEKA, KANSAS

24a. Funeral Director or Person Acting as Such: GAINES & SON FUNERAL HOME, TOPEKA, KANS
24b. Date Rec'd by Local Registrar: 6-13-63

# Exhibit 2

## EXHIBIT 2-A
## Cherokee Nation.  Freedmen Roll.

RESIDENCE: _Cooweescoowee_ DISTRICT.

POST OFFICE: _Vinita, I.T._

CARD NO.

FIELD NO. 705

| Dawes Roll No. | NAME | Relationship to Person first Named. | AGE | SEX | TRIBAL ENROLLMENT. | | | SLAVE OF— | REMARKS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Year. | District. | No. | | |
| 1749 | Grace, Jesse | X | 60 | M | 1880 | Coo. | | Jno. Grace | |
| 1250 | " Betsy | Wife | 60 | F | 1880 | " | 2438 | Jesse Buffington | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

CITIZENSHIP CERTIFICATE
ISSUED FOR No.
MAR. 9 1902

Date of Application
for Enrollment
MAY 6 1901

ADDITIONAL INFORMATION ON REVERSE SIDE.

Printed numbers in first column refer to individual names on reverse side.

**EXHIBIT 2-B**

| NAME OF FATHER | FATHER'S TRIBAL ENROLLMENT | | | FATHER'S OWNER | NAME OF MOTHER | MOTHER'S TRIBAL ENROLLMENT | | | MOTHER'S OWNER |
|---|---|---|---|---|---|---|---|---|---|
| | Year | District | No. | | | Year | District | No. | |
| Elener | dead | Colorado | | | Lizzie Walker | 1911 | | | |

7b5

# EXHIBIT 2-C

## DEPARTMENT OF THE INTERIOR

COMMISSION TO THE FIVE CIVILIZED TRIBES.

In the matter of the death of _____ Betsy Reese _____
(Here insert name of deceased)

a citizen of the _____ Cherokee _____ Nation, who formerly resided at or near

_____ Vinita _____, Ind. Ter., and died on the _____ 13 _____ day of
(Here insert name of post office)

_____ June _____, 1904

### AFFIDAVIT OF RELATIVE.

UNITED STATES OF AMERICA,
INDIAN TERRITORY.

_____ Northern _____ District.

I, _____ James Reese _____, on oath state that I am _____ 26 _____

years of age and a citizen, by _____ adoption _____, of the _____ Cherokee _____ Nation;

that my post office address is _____ Vinita _____ Ind. Ter.; that I am
(Here insert name of post office)

_____ son _____ of _____ Betsy Reese _____
(State relationship as: the father; an uncle; a cousin, etc.)     (Here insert name of deceased)

who was a citizen, by _____ adoption _____, of the _____ Cherokee _____ Nation;

and that said _____ Betsy Reese _____ died on the _____ 13 _____ day of
(Here insert name of deceased)

_____ June _____, 1904

WITNESSES TO MARK.                                    James Reese

( Must be Two }
  Witnesses }

Subscribed and sworn to before me this _____ 20th _____ day of _____ July, _____ 1904

_____ Samuel Forman _____
Notary Public.

### AFFIDAVIT OF ACQUAINTANCE.

UNITED STATES OF AMERICA,
INDIAN TERRITORY,

_____ District.

I, _____, on oath state that I am _____

years of age, and a citizen, by _____, of the _____ Nation;

that my post office address is _____ Ind. Ter.;
(Here insert name of post office)

that I was personally acquainted with _____
(Here insert name of deceased)

who was a citizen by _____, of the _____ Nation;

and that said _____ died on the _____ day of
(Here insert name of deceased)

_____, I, _____

WITNESSES TO MARK:

( Must be Two }
  Witnesses }

Subscribed and sworn to before me this _____ day of _____ 190 _____

_____
Notary Public.

# Exhibit 3

# Post Office Department

### OFFICIAL BUSINESS

## EXHIBIT 3-A

**Original Reg. No.**

## 64708

RETURN TO :

*Commission to the Five*

(Name of sender.)

*Civilized Tribes*

James Ress

## MUSKOGEE,

## OKLAHOMA.

Street and Number,
or Post Office Box.

DEED No.

21/2 Boll

ROLL No. 7175

This card must be neatly and correctly made up and addressed at the post office where the article is registered.
The postmaster who delivers the registered article must see that this card is properly signed, legibly postmarked, and
mailed to the sender, without envelope or postage.

PENALTY FOR PRIVATE USE TO AVOID
PAYMENT OF POSTAGE, $300.

*Postmark of Delivering Office*

and Date of Delivery.

MAR 5
6 P M




# EXHIBIT 3-B

DEPARTMENT OF THE INTERIOR

## COMMISSION TO THE FIVE CIVILIZED TRIBES

CHEROKEE LAND OFFICE.

### APPLICATION FOR ALLOTMENT AND HOMESTEAD.

I, _James Reese_, do hereby make application to have set apart to me, and to have taken what I lawfully represent.

lands selected by me as follows:

| Roll Number | NAME | Relationship to person first named | SUBDIVISION OF | Sec | Twp | Rge | Acres | Appraised Value Dolls., Cts. | Cherokee Number | HOMESTEAD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/757 | James Reese | | Lot 2 of | 2 | 29 | | | 8.93 | 17.86 | 6779 | | | | | |

I, _James Reese_, do solemnly swear that I am the person above named; that I have in good faith selected such lands and will accept the same in allotment for myself and for those whom I represent, and that no part of said lands is lawfully held by any other citizen of the Cherokee Nation.

_James Reese_

Subscribed and sworn to before me at _____ this _27th_ day of _July_ A.D. 1904

_Samuel Freeman_  Indian Territory.

NOTARY PUBLIC

(SEAL)

# EXHIBIT 3-C

## REGISTRY RETURN RECEIPT.

Form 1548.

Received from the postmaster registered article, the original number of which appears on the reverse side of this card.

Date of delivery _____, 19 ____

(To be filled in by person signing receipt.)

When delivery is made to an agent of the addressee, both addressee's name and agent's signature must appear in this receipt.

_James Reed_

(Signature or name of addressee.)

(Signature of addressee's agent.)

A registered article must not be delivered to anyone but the addressee or the person in whose care it is addressed, except upon addressee's written order or a written order from the sender transmitted by the mailing postmaster and duly verified.

When the above receipt has been properly signed, it must be postmarked with the name of delivering office and actual date of delivery and mailed to its address, without envelope or postage.

# EXHIBIT 3-D-1

(59)

## DEPARTMENT OF THE INTERIOR.
Commission to the Five Civilized Tribes.

### CHEROKEE LAND OFFICE.

Township No. _23_ N. ............ Range No. _12_ E.

Sec. ............ Sec. ............



Sec. ............ Sec. ............

**EXHIBIT 3-D-2**

DEPARTMENT OF THE INTERIOR,
COMMISSION TO THE FIVE CIVILIZED TRIBES,
CHEROKEE LAND OFFICE.

Tahlequah, I.T., _July 21_ , 190 _4_

In the matter of the application to select an allotment in

the Cherokee Nation for _James Reese_

Q  What is your name? A _S. P. Bagby_

Q  What is your age? A _35 years_

Q  What is your postoffice address? A _Moor—J.J._

Q  What relation are you to _James Reese_

A _None_

Q  Have you ever been over the land described in this application for

an allotment and examined it with a view to it being selected for

_James Reese_ ? A _yes_

Q  Are there any improvements on the land? A _No._

Q  What do the improvements consist of? A _about all_

_prairie pasture_

Q  ~~Who is the owner of these improvements?~~ A

Q  ~~Has _____ obtained the permission of _____~~

~~_____ to select land on which _____~~

~~_____ improvements are located?~~ A

Q  Does anyone else claim this land or any part of it? A _No_

Q  Are there any churches, schoolhouses or burial grounds on this

land? A _No,_

Q  Is that portion of the land designated as a homestead suitable

for a home? A

_S. P. Bayby_

Witnesses to mark: _____

_____

Subscribed and sworn to before me this _21_ day of _July_ 19 _04_

_Samuel Forman_
Notary Public.

# Exhibit 4

# ALLOTMENT AND HOMESTEAD PATENT RECORD

**EXHIBIT 4**

ALLOTMENT DEED.   21511 (Cherokee Freedman)   ROLL NO. 17947   DATE OF CERTIFICATE

THE CHEROKEE NATION,
INDIAN TERRITORY.

To All to Whom These Presents Shall Come, Greeting:

WHEREAS, By the Act of Congress approved July 1, 1902 (32 Stat.   716), ratified by the Cherokee Nation, August 7, 1902, it is provided that there shall be allotted by the Commissioners to the Five Civilized Tribes, to each citizen of the Cherokee Tribe, land equal in value to one hundred and ...s acres of the average allottable lands of the Cherokee Nation; and,

WHEREAS, It was provided by said Act of Congress that each citizen shall designate as or have designated and entered for him, at the time of the selection of allotment, out of his allotment, as a homestead, land equal in value to forty acres of the average allottable lands of the Cherokee Nation, as nearly as may be, for which he shall receive a separate certificate; and,

WHEREAS, The said Commission to the Five Civilized Tribes, or its lawful successor, has certified that the land hereinafter described has

been selected by or on behalf of ................. **James Reese** ..................... , a citizen of said tribe, as an allottee, exclusive of land equal in value to 'forty' acres of the average allottable lands of the Cherokee Nation, exclusive as a homestead as elsewhere;

NOW, THEREFORE, I, the undersigned, Principal Chief of the Cherokee Nation, by virtue of the power and authority vested in me by aforesaid Act of the Congress of the United States, have granted and conveyed, and by these presents do grant and convey unto the said

## James Reese

the Cherokee Nation, and of all other citizens of said Nation, he and to the following described land, viz:

all right, title and interest of

The West Twenty two and 27/100(22.27) acres of Lot Three (3) and the North West quarter of the South East quarter of the North West quarter and the South Half of the South West quarter of the North West quarter of section four (4), Township Twenty four (24) North and Range Nineteen (19) West, and Lot Three (3) of Section Two (2) Township Twenty three (23) North, and Range Twelve (12) East, Sixty one and 20/100(61.20) acres, more or less, as the case may be, according to the United States survey thereof, subject, however, to all the provisions of said Acts of Congress.

IN WITNESS WHEREOF, I, the Principal Chief of the Cherokee Nation, have hereunto set my hand and caused the Great Seal of the

Nation to be affixed this   1   day of   Nov,   A. D. 190 7

(SEAL)   W. C. ROGERS, Principal Chief of the Cherokee Nation.

Department of the Interior, Approved   Dec.7,   . 190 7

FRANK A. KINGSLEY,
JAMES RUDOLPH GARFIELD,
Secretary.

By OLIVER A. PHELPS, Clerk.

Filed for record on the   16 day of Dec,   190 7, at 3 o'clock P M, and recorded in Book   34, Page

# Exhibit 5



Grantor: SCI/SCISSORTAIL ENERGY LLC/BANK OF AMERICA NA ETAL
Grantee: BANK OF AMERICA NA
Legal Descriptions:

S02 T23N R12E E2 E2 SE NW L4
02 T23N R12E E2 E2 NE NW L3

4
3
2
1

Power line
Power line
Power line

**EXHIBIT 5-A**

NW NW SW NE
Jean
Little
Oil & Gas
Well
JL2B-1

BRANNIN FAMILY LLC
5317 S COLUMBIA PLACE
TULSA OK 74105
AC: LOT 1-40.34 AC: LOT 2-40.34
AC: LOT 3-8.93 AC 89.61 AC

HB & W TRUST
REBECCA HALL BUCHANAN
TRUST
JAMES DONALD HALL JR &
3501 PORTER AVE
MUSKOGEE OK 74403

LOT 4-8.03 AC: LOT 5-7.27 AC: N 3.22 AC LOT 6: S 1/2 NE: N 1/2 SE:
N 1/2 SE SE: N 1/2 SW SE: 218.52 AC

North half of
Section 2 of
T23N R12E

Google earth



EXHIBIT 5.B

Power lines

Power lines

Jean Little
Oil & Gas
Well
JL2B-1
NW NW SW NE

Jean Little
Oil & Gas
Well
4L2-D1
NW NW SW SE

S 3.22 AC LOT 6: S 1/2 SW SE: S 1/2 SE SE: 43.22 AC

LITTLE, MARY JEAN
4018 E 42ND PL
TULSA OK 74135-0000

HB & WJ TRUST
3305 PORTER AVE
MUSKOGEE OK 74403
LOT 4-8.03 AC: LOT 5-7.27 AC: N 3.22 AC
LOT 6: S 1/2 NE: N 1/2 SE: N 1/2 SE NW 1/2
SW SE: 218.52 AC

South Half of
Section 2 of
T23N R12E



# EXHIBIT 5-C
## Oklahoma Class II UIC Wells

**Legend**
- Class II UIC Wells
- COUNTIES

| Name | Allotment Cert. #'s |
|------|---------------------|
| ☆ James Reese | #15799 (61.20 Acres) |
| ☆ Jesse & Betsy Reese | #15796, #15802 (20 Acres) |

## OIL & GAS WELLS FOR S2 T23N R12E

1. Jean Little Oil and Gas Well JL2-B1
   API #351472739B

2. Jean Little Oil and Gas Well 4L2-D1
   API #351472743T

<u>PERMIT TO DRILL</u>                                OKLAHOMA CORPORATION COMMISSION                          <u>PERMIT TO DRILL</u>
            OTC/OCC Number: 05790-0                                                          Approval Date: 06/02/2005
                                                    <u>API Number: 147-27437</u>                     Expiration Date: 12/02/2005
Notice of Intention To: DRILL
Type of Drilling Operation: STRAIGHT HOLE          Well Type: OIL/GAS             Well Location: Sec: 2  Twp: 23N  Rge: 12E
County: WASHINGTON      Spot Location: NW4 NW4 SW4 SE4
Feet From: SOUTH 1/4 Section Line 1310    Feet From: WEST 1/4 Section Line 170    Feet from the nearest lease line: 170
Lease Name: JEAN LITTLE                    Well No: 4L2-D1                   Operator Name: PANOAK OIL & GAS CORP.
                                                                                  TELEPHONE: (918) 622-3442
            <u>Surface Owner Address</u>                                         <u>Operator Return Address</u>
            MS JEAN LITTLE                                               PANOAK OIL & GAS CORP.
            4554 S HARVARD                                               403 S CHEYENNE STE 1000
            TULSA        OK  74135                                       TULSA        OK  74103

Operation to Begin: 00/00/0000               Fresh Water Supply Well Drilled: NO          Surface Water used to Drill: NO

Formation Codes, Names, Depths, (Permit Valid For Listed Formations Only):
(1) 404LOSG   LITTLE OSAGE            1100    (2) 404MLKY   MULKY                    1140
(3) 404IRNPT  IRON POST              1150    (4) 404BVIR   BEVIER                   1180
(5) 404CRBG   CROWEBERG              1215    (6) 404ROWCL  ROWE COAL                1650
(7) 404SKNR   SKINNER         /SD/   1240    (8) 404BRVL   BARTLESVILLE             1500
(9) 404BRGS   BURGESS               1710   (10) 351MSSLM  MISS LM                  1720

Not Spaced for Permitted Formations.                         Special Orders:

                                                   Total    Ground    Surface    Depth to base of Treatable
Pending CD Numbers:  Location Exception Orders:  Increased Density Orders:  Depth:   Elevation  Casing:      Water-Bearing FM:
                                                   1750      780                        40

Alternate Casing Program: (Cement Bond Log Required)
     Cement will be circulated from Total Depth to the Ground Surface on the Production Casing String.

     PIT 1 INFORMATION:
        Type of Pit System: ON-SITE
        Type of Mud System:
           AIR BASED (AIR DRILLED)
        Pit is <u>not</u> located in a Hydrologically Sensitive Area.
        Determination of Hydrologically Sensitive Area
           not required.
        Category of Pit:  4
        Liner not required for Category:  4 PIT
        Pit Location is NON-HSA.
        Pit Location Formation: WANN/INO
        Cement Bond Log Required.
        Mud System Change to Water-Based or Oil-Based Mud Requires an Amended Intent (Form 1000).

Approved Method for disposal of Drilling Fluids:
     Evaporation/Dewater and Backfilling of Reserve Pit.
     CBL REQUIRED.

EXHIBIT 5- D

This permit does not address the right of entry or settlement of surface damages.  The duration of this permit is Six Months,
except as otherwise provided by Rule 165: 10-3-1.

Rule 165: 10-3-4 (E) - The Operator shall give 24 Hours notice by telephone to the appropriate District Office of the Conservation
Division as to when Surface Casing will be run.
PCN: C1170220L7      06/07/2005                                                              PAGE 1 OF 1

# Exhibit 6

# EXHIBIT 6

**808292002**

Form 1000A
Rev. 2001

**COMPLETION REPORT**
OKLAHOMA CORPORATION COMMISSION
Oil & Gas Conservation Division
Post Office Box 52000
Oklahoma City, Oklahoma 73152-2000

COMPLETION & TEST DATA BY PRODUCING FORMATION

API NO. 147-27398  X ORIGINAL   Rule 165:10-3-28
OTC PROD. UNIT NO. 05790-0   AMENDED / Reason Amended

IRUPT
401 MLKY  401 40M CRBG  401 ROWL

PLEASE TYPE OR USE BLACK INK ONLY
NOTE: Attach copy of original 1000A if recompletion or reentry
TYPE OF DRILLING OPERATION
___ STRAIGHT HOLE  ___ DIRECTIONAL HOLE  ___ HORIZONTAL HOLE
If directional or horizontal, see reverse for bottom hole location.

| FORMATION | Mulky | Iron Crowberg | Rowe Col |
| --- | --- | --- | --- | --- |
| SPACING & SPACINGS | | Post | Unspaced | |
| ORDER NUMBER | | ← | | |
| CLASS: Oil Gas Dry. | G25 | G25 G25 | G25 |
| Ltg. Disp. Comm Disp | | | |

COUNTY Washington   SEC 2  TWP 23N  RGE 12E
LEASE NAME Jean Little   WELL NO. JL2-B1
NWW NWW SWW NEW 1150 FSL 170 FWL OF 1/4 SEC
ELEVATION 795 Ground
ORIG FINISHED 5/4/05  SPUD DATE 5/4/05
1ST PROD DATE 5/4/05  WELL COMPLETION 7/11/05  RECOMP DATE

LOCATE WELL

| PERFORATED INTERVALS | 1039 1151 1215 | 1650 |
| --- | --- | --- |
| | 1144 1154 1218 | 1653 |

OTC/OCC OPERATOR NO. 05790-0

| ACID/VOLUME | 700 Gals/1590 | 300 Gals |
| --- | --- | --- |
| Fracture Treated? | 12,000 lbs Sd. | 5000 lbs |
| Fluids Amounts | 384 Bbls | 284 Bbls |

OPERATOR NAME Panoak Oil & Gas Corp.
ADDRESS 403 S. Cheyenne, Suite 1000
CITY Tulsa  STATE OK  ZIP 74103

| INITIAL TEST DATA | |
| --- | --- |
| INITIAL TEST DATE | 7/11/05 |
| OIL-BBL/DAY | — |
| OIL-GRAVITY (API) | — |

COMPLETION TYPE
SINGLE ZONE
MULTIPLE ZONE ORDER NO.
COMMINGLED ORDER NO.  X 520535
LOCATION EXCEPTION ORDER NO.
INCREASED DENSITY ORDER NO.
PENALTY

OIL OR GAS ZONES
FORMATIONS   Pennsylvanian Coals

| FORMATIONS | TOP | BOTTOM |
| --- | --- | --- |
| Mulky Coal | 1039 | 1144 |
| Iron Post | 1151 | 1154 |
| Crowberg | 1215 | 1218 |
| Rowe | 1650 | 1653 |

| GAS-MCF/DAY | 24 mcf |
| --- | --- |
| GAS-OIL RATIO CU FT/BBL | |
| WATER-BBL/DAY | 100 B/D |
| PUMPING OR FLOWING | Pumping w/tc Tbg, Annulus-Gas |
| INITIAL SHUT-IN PRESSURE | — |
| CHOKE SIZE | — |
| FLOW TUBING PRESSURE | Line Pres |

CASING & CEMENT (Form 1000C must be attached)

| TYPE | SIZE | WEIGHT | GRADE | FEET | PB | SAX | FILLUP | TOP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Conductor | | | | | | | | |
| Surface | 7 | | | 63 | | 6 | Surface | Surface |
| Intermediate | | | | | | | | |
| Production | 4 1/2" | 10.5 | New | 1721 | | 130 | 1009 | Surface |
| Liner | | | | | | | | |

PACKER @ _____  BRAND & TYPE _____  TOTAL DEPTH 1740'
PLUG @ _____  TYPE _____  PBTD 1719'

A record of the formations drilled through, and pertinent remarks are presented on the reverse. I declare that I have knowledge of the contents of this report and am authorized by my organization to make this report, which was prepared by me or under my supervision and direction, with the data and facts stated herein to be true, correct, and complete to the best of my knowledge and belief

SIGNATURE  Charles L. Simons  NAME (PRINT OR TYPE) Charles L. Simons
ADDRESS 403 S. Cheyenne Suite 1000 Tulsa OK 74103  CITY  STATE  ZIP
DATE Aug 24, 2005  PHONE NUMBER 918/622-3442

# Exhibit 7

# EXHIBIT 7

2/27/2015                      Washington | I-2015-000358 | OKCountyRecords.com | County Clerk Public Land Records for Oklahoma



# Oil & Gas Mortgage

**Book**    001134
**Pages**   1431 - 1463

## Washington County, OK

**Instrument**   I-2015-000358
**Recorded**    January 16, 2015 at 11:18am

## Fees & Dates

**Fees**              $77.00
**Mortgage amount**   $0.00
**Document stamps**   $0.00
**Recorded on**       01/16/2015 11:18am

## Parties

- Grantor
  - AMERICAN LOCAL ENERGY LLC
- Grantee
  - PATRIOT BANK

## Legal Description

- S7 T23N R14E W2 SE NW
- S7 T23N R13E S2 NE SW
- S7 T23N R14E SW SW L4
- S7 T23N R14E NW SW L3 Partial

## 33 Images

- S26 T24N R12E E2 SW Partial
- S17 T23N R13E W2
- S25 T24N R12E W2 SW Partial
- S8 T23N R13E SW
- S25 T24N R12E W2 NE SE
- S7 T23N R13E NW
- S7 T23N R13E SE
- S7 T23N R13E NE
- S31 T24N R13E SW SE SW
- S31 T24N R13E E2 SE SW
- S6 T23N R13E E2 SW
- S18 T23N R13E SW SW NE
- S18 T23N R13E NW
- S5 T23N R13E NW
- S20 T23N R14E W2 E2 NW NE
- S20 T23N R14E W2 NW NE
- S6 T23N R13E S2 SE
- S6 T23N R13E S2 N2 SE
- S5 T23N R13E W2 SW
- S7 T23N R13E S2 SW
- S19 T23N R14E NW NE
- S18 T23N R14E SE NW SE
- S18 T23N R14E SW SE
- S18 T23N R14E E2 SE
- S16 T23N R14E W2 SE NW
- S16 T23N R14E SE SW NW
- S16 T23N R14E N2 SW NW
***** - S2 T23N R12E NW NE L2
***** - S2 T23N R12E NE NE L1
- S32 T23N R13E W2 NE
- HIGH MEADOWS B4
- HIGH MEADOWS B3
- HIGH MEADOWS B2
- HIGH MEADOWS B1
- S32 T23N R13E N2 N2 SW SW
- S32 T23N R13E S2 NW SW

- S32 T23N R13E NW NW SW
- S25 T24N R12E W2 SE Partial
- S25 T24N R12E NE NE SE
- S33 T23N R13E E2 NW
- S23 T23N R13E SW
- ****** • S2 T23N R12E E2 E2 SE SW L6 Partial
- ****** • S2 T23N R12E S2 S2 SE
- S1 T23N R12E N2 SE SW
- S1 T23N R12E NE SW
- S1 T23N R12E SW NE
- S5 T23N R13E W2 SW
- S1 T23N R12E NE NW NE
- S5 T23N R13E NW
- S1 T23N R12E E2 NE
- S33 T23N R13E W2 NW NE
- S33 T23N R13E W2 NW
- S33 T23N R13E E2 NW
- S25 T23N R12E N2 NW SE
- S25 T23N R12E W2 SE NE
- S21 T23N R13E W2 SE SE
- S25 T24N R12E W2 SW Partial
- S20 T23N R14E NW NE NW
- S7 T23N R13E SE SE SE
- S27 T23N R13E SE SE NE
- S25 T24N R12E NE SW SE
- S35 T24N R12E NE NE NE
- S26 T24N R12E SW SE NE
- S20 T23N R13E NW
- S29 T23N R13E N2 NE
- S31 T24N R13E NW NW
- S19 T23N R13E NE
- S19 T23N R13E NW
- S31 T24N R13E NE
- S30 T23N R13E N2 SW Partial
- S27 T23N R13E NE SE
- S23 T23N R13E SE

- S26 T23N R13E S2 NW
- S32 T23N R13E NW
- S32 T23N R13E N2 NW Partial
- S14 T23N R12E E2 E2 SE NE L2
- S14 T23N R12E W2 SW NE
- S14 T23N R12E S2 SW SE
- S14 T23N R12E NE Partial
- S14 T23N R12E E2 SE
- S13 T23N R12E NW NW
- S13 T23N R13E SE NE NW
- S13 T23N R13E N2 NE NW
- S13 T23N R12E SE NE NW
- S13 T23N R12E S2 NW
- S13 T23N R12E NE
- S13 T23N R12E S2
- S12 T23N R12E SW Partial
- S12 T23N R12E N2 SE
- S12 T23N R12E NE
- S12 T23N R12E SE SE SW
- S12 T23N R12E S2 SE
- S12 T23N R12E NW
- S11 T23N R12E E2 E2 SE SW L4
- S11 T23N R12E S2 S2 NE
- S11 T23N R12E SE
- S11 T23N R12E N2 S2 NE
- S11 T23N R12E N2 NE

****** • S2 T23N R12E S2 NE
******* • S2 T23N R12E N2 S2 SE
****** • S2 T23N R12E N2 SE
****** • S2 T23N R12E S2 S2 SE

- S1 T23N R12E W2 SW
- S1 T23N R12E S2 NW
- S1 T23N R12E SE Partial
- S1 T23N R12E SE NW NE
- S1 T23N R12E W2 NW NE
- S1 T23N R12E S2 SE SW

- S8 T23N R13E NW
- S36 T24N R12E W2 W2 NW
- S7 T23N R13E
- S36 T24N R12E SW SE SW
- S7 T23N R13E NE SE NW
- S36 T24N R12E N2 SE SW
- S7 T23N R13E S2 SW
- S36 T24N R12E NW NE SW
- S6 T23N R13E E2 SW
- S36 T24N R12E S2 NE SW
- S6 T23N R13E S2 SE
- S36 T24N R12E W2 SW
- S6 T23N R13E S2 N2 SE
- S35 T24N R12E Partial
- S26 T24N R12E NE SE Partial
- S26 T24N R12E E2 SW NE Partial
- S26 T24N R12E S2 SE NE
- S26 T24N R12E NE SE NE
- S26 T24N R12E NW SE NE
- S21 T23N R13E SW SE
- S26 T24N R12E E2 SW NE Partial
- S26 T24N R12E E2 NW NE
- S26 T24N R12E SE
- S26 T24N R12E NE NE
- S26 T24N R12E E2 E2 SE SW L4
- S25 T24N R12E W2 SW Partial
- S25 T24N R12E E2 SE SW
- S25 T24N R12E W2 SE SW
- S25 T24N R12E NE SW
- S25 T24N R12E SE SE NW
- S25 T24N R12E NE NW
- S25 T24N R12E W2 NW
- S25 T24N R12E E2 NE
- S24 T24N R12E E2 SE SE Partial

****** - <u>S2 T23N R12E E2 E2 NE NW L3</u>
- S28 T23N R13E NW SW

# Exhibit 8

# Oklahoma Coal Map
# EXHIBIT 8

Commercial Coal Belt

Non-Commercial Coal-bearing Region

| Name | Allotment Certificate #'s |
|---|---|
| James Reese | #15799 (61.20 Acres) |
| Jesse, Betsy, James & Anderson Reese | #2233, #2304, #2631, #2632, #2710, #2986, #14432, #11497, #29013, #42175 (396.55 Acres) |
| Jeese & Betsy Reese | #15796, #15802 (20 Acres) |
| Anderson Reese | #61086 (10 Acres) |
| | Total = 487.75 Acres |



# Exhibit 9

# Record Details

| | |
|---|---|
| **Instrument Number** | I-2007-011314 |
| **Recorded On** | 11/09/2007 at 2:28PM |
| **Instrument Type** | Mtg |
| **Book** | 001062 |
| **Pages** | 0713 to 0736 |
| **Fees** | $59.00 |
| **Document Stamps** | $0.00 |
| **Mortgage Fees** | $0.00 |

## Comments

1052-200

## Parties

- **Grantor**
  - SCISSORTAIL ENERGY LLC ETAL
  - BANK OF AMERICA NA ETAL
- **Grantee**
  - BANK OF AMERICA NA

## Legal Description

# EXHIBIT 9

- S02 T23N R12E E2 E2 SE NW L4
- S02 T23N R12E E2 E2 NE NW L5
- S02 T23N R12E E2 E2 SE SW L6
- S02 T23N R12E E2 E2 NE NW L3
- S11 T23N R12E SE
- S11 T23N R12E W2 NE
- S11 T23N R12E E2 E2 NE SW L4

# Exhibit 10

# EXHIBIT 10-A

**SPECIAL COMMISSIONER OF THE COURT OF CLAIMS,**

EASTERN CHEROKEE ENROLLMENT,

801 OURAY BUILDING,

WASHINGTON, D. C.

*James Reese,*

*Vinita, Okla.*

June 10, 1909.

Sir:

On May 28, 1909, I reported to the Court of Claims
that your application, No. 22264, for participation in the fund
arising from the judgment of the Court of Claims of May 28, 1906,
in favor of the Eastern Cherokees, should be rejected, and on
June 10, 1909, the Court entered an order as follows:

"It is further ordered that the said roll of individual
Eastern Cherokees entitled to share in the fund arising from the
judgment in this cause, as reported by Special Commissioner
Guion Miller, on the 28th day of May, 1909, be and the same is
hereby approved, ratified and confirmed, except as to so much
of the same as shall be specially excepted to on or before the
30th day of August, 1909. All such exceptions shall be forwarded
to the Clerk of the Court of Claims, Washington, D. C., and shall
be in writing, and shall state fully the grounds upon which such
exceptions are based, and shall be supported by an affidavit of
a person having knowledge of the facts and shall contain the name,
age, and postoffice address of each individual claimed to have
been omitted from said roll, or to have been improperly placed
thereon. Said exceptions and affidavits shall be filed in duplicate
in each case, but only the originals must be sworn to. In case
an exception is filed on behalf of an individual whose name has
been omitted from said roll the said exception shall set forth
fully the English and Indian name of the ancestor through whom
claim is made, who was living in 1835 or 1851, and shall give
the age of said ancestor in 1835 or 1851. Such exceptions must
further state the number of the claimant's application. All
such exceptions shall be set down for hearing on the third
Monday in October, 1909."

No exceptions, or letters, not strictly complying with
the requirements of the above order of the Court in regard to
the filing of exceptions will be considered.

Very respectfully,

GUION MILLER,

Special Commissioner.

# EXHIBIT 10-B

No. 22264

# EASTERN CHEROKEES.

## APPLICATION

OF

*James Reese*

For share of money appropriated for the Eastern
Cherokee Indians by the Act of Congress approved
June 30, 1906, in accordance with the decrees of the
Court of Claims of May 18, 1905, and May 28, 1906.

4—621

```
INDIAN OFFICE
EASTERN CHEROKEES.
       APR 29 1907
No.
```

22264

# EXHIBIT 10-C

Commissioner of Indian Affairs,
            Washington, D. C.

SIR:

I hereby make application for such share as may be due me of the fund appropriated by the Act of Congress approved June 30, 1906, in accordance with the decrees of the Court of Claims of May 18, 1905, and May 28, 1906, in favor of the Eastern Cherokees. The evidence of identity is herewith subjoined.

1. State full name—

    English name: *Es nee Keese*

    Indian name:

2. Residence:

3. Town and post office: *Vinita*

4. County: *Cherokee Nation*

5. State: *Ind Ter*

6. Date and place of birth: *1879. Cherokee Nation*

7. By what right do you claim to share?  If you claim through more than one relative living

    in 1851, set forth each claim separately: *My Mother Betsy Keese*
    *grand Mother Lucy Muskrat*

8. Are you married? *Yes*

9. Name and age of wife or husband: *Savannah Reese*

10. Give names of your father and mother, and your mother's name before marriage.

    Father—English name: *Jesse Reese*

    Indian name:

    Mother—English name: *Betsy Reese*

    Indian name:

    Maiden name: *Betsy Muskrat*

11. Where were they born?

    Father: *Cherokee Nation West*

    Mother: *Cherokee Nation East*

12. Where did they reside in 1851, if living at that time?

    Father: *Cherokee Nation West*

    Mother:     „                „           „

13. Date of death of your father and mother—

    Father: *Living 8*           Mother: *1904*

# EXHIBIT 10-D

14. Were they ever enrolled for annuities, land, or other benefits? If so, state when and where: *On roll of 1880 and all rolls to time Mothers Death - Father to prsnt time*

15. Name all your brothers and sisters, giving ages, and if not living, the date of death:

| Name. | Born. | Died. |
|---|---|---|
| (1) *Ben Rease* | *1877* | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |

16. State English and Indian names of your grandparents on both father's and mother's side, if possible:

| Father's Side. | Mother's Side. |
|---|---|
| *Dont Know* | *Lucy Muskrat* |

17. Where were they born? *Cherokee Nation East*

18. Where did they reside in 1851, if living at that time? *Cherokee Nation West*

19. Give names of all their children, and residence, if living; if not living, give dates of deaths:

(1) English name: *Ben Bich. P.u. Vinita, 2T*

Indian name:

Residence:

(2) English name: *Betsy Reese.*

Indian name: *Died 1904*

Residence:

(3) English name:

Indian name:

Residence:

(4) English name:

Indian name:

Residence:

(5) English name:

Indian name:

Residence:

20. Have you ever been enrolled for annuities, land, or other benefits? If so, state when and where: *On all rolls made by the Cherokee since my Birth. And a allotte*

6—821

# EXHIBIT 10-E

21. To expedite identification, claimants should give the full English and Indian names, if possible, of their paternal and maternal ancestors back to 1835: ...............................

........................................................................................................

........................................................................................................

........................................................................................................

## REMARKS.

(Under this head the applicant may give any additional information that he believes will assist in proving his claims.)

........................................................................................................

........................................................................................................

........................................................................................................

NOTE.—Answers should be brief but explicit; the words "Yes," "No," "Unknown," etc., may be used in cases where applicable. Read the questions carefully.

I solemnly swear that the foregoing statements made by me are true to the best of my knowledge and belief.

(Signature.) *James Reese*

Subscribed and sworn to before me this ....*26th*.... day of ....*April*...., 1907.

My commission expires

*May 21st*, 190*8*                    *P.M. Smith*
                                              *Notary Public.*

## AFFIDAVIT.

(The following affidavit must be sworn to by two or more witnesses who are well acquainted with the applicant.)

Personally appeared before me ....*John Baldridge*.... and ....*Chas Baldridge*...., who, being duly sworn, on oath depose and say that they are well acquainted with ....*James Reese*...., who makes the foregoing application and statements, and have known *him* for ..*10*.. years and ..*10*.. years, respectively, and know *him* to be the identical person ...... represents *himself* to be, and that the statements made by *him* are true, to the best of their knowledge and belief, and they have no interest whatever in *his* claim.

Witness to mark.                          Signatures of witnesses.

*M Daniel*                               *John Baldridge*

*F. E. Hackethorn*                       *Chas x Baldridge*
                                              his mark

Subscribed and sworn to before me this ..*26th*.. day of ....*April*...., 1907.

My commission expires

*May 21st*, 190*8*                    *P.M. Smith*
                                              *Notary Public.*

NOTE.—Affidavits should be made, whenever practicable, before a notary public, clerk of the court, or before a person having a seal. If sworn to before an Indian agent or disbursing agent of the Indian service, it need not be executed before a notary, etc.

6—421

# Exhibit 11



No. 44038

# EASTERN CHEROKEES.

APPLICATION

*of*

For what of money appropriated for the Eastern Cherokee
Indians by the Act of Congress approved June 30, 1906, in
accordance with the decree of the Court of Claims of Mar.
18, 1906, and May 28, 1906.

6—694

COURT OF CLAIMS
EASTERN CHEROKEES.

*Rec.* OCT 26 1907

*No.*

# EXHIBIT 11-A

# PAGE 1

CHESTER HOWE,
ATTORNEY,
HASH LOAN & TRUST
WASHINGTON, D.C.

# Exhibit 12

Elijah Hicks who was born June 20, 1796. He was Clerk of Council in 1822 and shortly afterward married Miss Margaret Ross, born July 5, 1803. He was living in Coosawatee District in October 1826[4]. He was President of the National Committee during the year of 1827. He was appointed editor of the Cherokee Phoenix on August 1, 1832[5] and retained that position until May 31, 1834 The press was confiscated and destroyed after that date.

Elijah Hicks was a Captain of one of the Emigrant Cherokee detachments. His detachment, according to Chief Ross' statement embraced eight hundred fifty eight individuals, fifty four of whom died enroute. They were the second contingent to start, the date of same being September 9, 1838 and arrived in the Western Cherokee Nation in advance of the other trains on January 4. 1839.

He was a signer of the Constitution of 1839 and settled on the California at the present site of Claremore, where he conducted a general store and called his home Echota or as he spelled it and as it is pronounced "Sauty." He was elected a delegate to Washington in 1839 and 1843. Elected Clerk of the Cherokee Senate in 1845 and having been chosen as Senator from Saline District which at that time embraced over ten million acres of land and extended west to the one hundredth meridian, he was elected president of the Senate. He died on August 6, 1856 and is buried in the cemetery at Claremore. His wife died in 1862.

EXHIBIT

12

1/13/2015

Gidian F. Morris  )  S.C.C.        Robert Armstrong    Survey    **EXHIBIT 13**

Generation One

Six Killer of Georgia, to be paid $328.50, upon arrival in the Cherokee country west of the Mississippi, having emigrated under the treaty with the Cherokee Nation of December 29th 1835.

Upon arriving in the west with Colston's detachment, Sixkiller settled near what would become Baptist Mission in Goingsnake District. Many of his children lived nearby. He was elected Councilor representing Goingsnake district, 1843, 1845, 1847, 1849, 1851, & 1853. Sixkiller was President of the Going Snake District Temperance Society in 1844. Vice President was Too-na-ye Saunders, and C.B. Bushyhead was Secretary. (Cherokee Messenger, Sept 1st 1844) Sallie Walker's Widow Claim #493-138 - Soldier & Abraham Sixkiller give sworn statement that prior to Sallie's marriage to John Walker, she had been married to Chicasaw Sixkiller, who died on Oct 10th 1856.

EXHIBIT 14c

GGGG Grandmother Sallie Sixkiller-Walker (abt. 1800-1897)